2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 PETER DEFILIPPO
D-2 DAVID OLSEN
D-3 EXCEL DEMO, INC.
D-4 JOSEPH TERRANOVA,

Defendants.
_______________________________/

Case:2:10-cr-20013
Judge: Tarnow, Arthur J
MJ: Majzoub, Mona K
Filed: 01-12-2010 At 04:14 PM
INDI USA V SEALED MATTER (EB)

MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrants in this case be sealed for the following reasons:

1. That the United States is apprehensive that the defendants may flee the jurisdiction upon becoming aware that an indictment has been returned.

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to arrest.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

Jennifer Blackwell
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9165

DATED: January 12, 2010

0

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 PETER DEFILIPPO
D-2 DAVID OLSEN
D-3 EXCEL DEMO, INC.
D-4 JOSEPH TERRANOVA,

Defendants.
_______________________________/

Case:2:10-cr-20013
Judge: Tarnow, Arthur J
MJ: Majzoub, Mona K
Filed: 01-12-2010 At 04:14 PM
INDI USA V SEALED MATTER (EB)

ORDER TO SEAL

The Government having moved to seal Indictment and arrest warrants filed January 12, 2010, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

HON. MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

DATED: 1/12/10