UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, HONORABLE ARTHUR TARNOW

v. CRIMINAL NO: 10-CR-20013

D-1 PETER DEFILIPPO
(a.k.a. CHARLIE DEVITO)
D-2 DAVID OLSEN
D-3 JOSEPH TERRANOVA
D-4 EXCEL DEMO, INC.
Defendants.
_____________________________/

MOTION AND BRIEF TO DISMISS
INDICTMENT AND SUPERSEDING INDICTMENT

THE UNITED STATES OF AMERICA moves this Court for leave to dismiss Counts 1 through 3 of the Indictment against Peter DeFilippo, David Olsen, Excel Demo, Inc. and Joseph Terranova in the above-entitled case for the reasons that the defendants have entered guilty pleas to the First Superseding Indictment, and Defendant Olsen to a Second Superseding Information, as indicated more specifically below.

1. The Government moves to also dismiss Counts 1 and 3 of the First Superseding Indictment against Peter DeFilippo. Defendant DeFilippo pled guilty to Count 2 of the First Superseding Indictment per the terms of the Rule 11 Plea Agreement, and was sentenced by this Court on August 9, 2011.

2. The Government moves to dismiss Counts 1 and 2 of the First Superseding Indictment against David Olsen. Defendant Olsen pled guilty to a Second Superseding Information per the

terms of the Rule 11 Plea Agreement, and was sentenced by this Court on July 19, 2011.

3. The Government moves to dismiss Count 1 of the First Superseding Indictment against Joseph Terranova. Defendant Terranova pled guilty to Count 4 of the First Superseding Indictment per the terms of the Rule 11 Plea Agreement, and was sentenced by this Court on September 1, 2011.

4. The Government also moves to dismiss Counts 1 and 2 of the First Superseding Indictment against Excel Demo. Inc, for the reason that the principal of the company has accepted a guilty plea and the company no longer appears to be doing business nor does it have any discernable assets.

s/ Jennifer L. Blackwell
Jennifer L. Blackwell
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
Phone: (313) 226-9165
Email: jennifer.blackwell3@usdoj.gov

s/ with consent Barbara L. McQuade
Barbara L. McQuade
United States Attorney

Dated: September 15, 2011